United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-00631-MJC
Lori Ann Soroka  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 3
Date Rcvd: Apr 22, 2024  Form ID: ntcnfhrg  Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Ann Soroka, 80 Norman Street, Pittston, PA 18640-3429 |
| 5603067 | + | CB Bread Rewards, 3095 Loyalty Circle, Columbus OH 43219-3673 |
| 5603068 | + | CBNA OVERMC, 50 Northwest Point Blvd, Elk Grove Village IL 60007-1032 |
| 5603072 | + | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-7289 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5603061 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 22 2024 18:42:00 | Bank of America, PO Box 982238, El Paso TX 79998-2238 |
| 5603060 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 22 2024 18:42:00 | Bank of America, 4060 Oglestown-Stanton Road DE5-019-0307, Newark, DE 19713 |
| 5603062 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 22 2024 18:42:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5603063 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2024 18:49:18 | Best Buy CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5603069 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2024 18:59:29 | CITICARDS CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5603065 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2024 18:49:18 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5603064 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2024 19:00:08 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5611216 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2024 18:59:52 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5603066 | + | Email/Text: bankruptcy@cavps.com | Apr 22 2024 18:43:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Vallhalla, NY 10595-2321 |
| 5603070 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2024 18:43:00 | Comenity Bank Ann Taylor, PO Box 182789, Columbus OH 43218-2789 |
| 5603071 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2024 18:43:00 | Comenity Capital Dell, 1 Righter Pkwy, Wilmington DE 19803-1533 |
| 5603074 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2024 18:48:14 | Credit One Bank, 6801 S. Cimmaron Road, Las Vegas, NV 89113-2273 |
| 5603073 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2024 18:48:32 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 5603083 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2024 19:00:04 | Macys, 911 Duke Blvd, Mason OH 45040 |
| 5603075 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 22 2024 18:43:00 | Department of Education/Nelnet, 121 South 13th Street, Lincoln NE 68508-1904 |
| 5603076 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 22 2024 18:43:00 | FEB Destiny, PO Box 4499, Beaverton OR 97076-4499 |
| 5603077 | | Email/Text: BNSFS@capitalsvcs.com | Apr 22 2024 18:42:00 | First Savings Credit Card, 500 E 60th Street N, Sioux Falls SD 57104 |
| 5603078 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 22 2024 18:43:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud MN 56303 |
| 5603079 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 22 2024 18:49:08 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 5609299 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 22 2024 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5603080 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 22 2024 18:42:00 | Kohls Capital One, PO Box 3115, Milwaukee WI 53201-3115 |
| 5603081 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2024 18:48:36 | LVNV Funding, 55 Beattie Place, Greenville SC 29601-2165 |
| 5603082 | | Email/Text: camanagement@mtb.com | Apr 22 2024 18:43:00 | M&T Bank, 1 Fountain Plaza 4th Floor, Buffalo NY 14203 |
| 5603086 | + | Email/Text: MDSBankruptcies@meddatsys.com | Apr 22 2024 18:42:00 | Medical Data Systems, d/b/a Medical Revenue Service, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5603085 | + | Email/Text: MDSBankruptcies@meddatsys.com | Apr 22 2024 18:42:00 | Medical Data Systems, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5603084 | + | Email/Text: MDSBankruptcies@meddatsys.com | Apr 22 2024 18:42:00 | Medical Data Systems, 2001 9th Avenue STE 312, Vero Beach FL 32960-6413 |
| 5603087 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2024 18:43:00 | Midland Credit Management Inc, 320 East Big Beaver Suite 300, Troy MI 48083-1271 |
| 5603088 | + | Email/PDF: cbp@omf.com | Apr 22 2024 18:48:31 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5604102 | + | Email/PDF: cbp@omf.com | Apr 22 2024 18:48:12 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5603089 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2024 18:59:50 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 5603828 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Apr 22 2024 18:42:00 | Regions Bank DBA EnerBank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 5603090 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Apr 22 2024 18:42:00 | Regions Bank DBA Enerbank USA, 1245 Brickyard Road Suite 600, Salt Lake City CA 84106-2562 |
| 5603091 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 22 2024 18:59:46 | Synchrony Bank Amazon, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 5603092 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 22 2024 18:48:13 | Synchrony Bank JC Penney, PO Box 965036, Orlando FL 32896-0090 |
| 5603093 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 22 2024 19:00:08 | Synchrony Bank Venmo, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 5603094 | + | Email/Text: bncmail@w-legal.com | Apr 22 2024 18:42:00 | TD Bank USA Target Credit, 7000 Target Parkway N. Mail Stop NCD-045, Brooklyn Park MN 55445-4301 |
| 5603095 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2024 18:59:30 | THD/CBNA, One Court Square, Long Island, NY 11120-0001 |
| 5603096 | + | Email/Text: bankruptcy@bbandt.com | Apr 22 2024 18:42:00 | Truist Bank, 150 S Straford Road, Winston Salem NC 27104-4227 |
| 5603097 | + | Email/Text: bankruptcy@bbandt.com | Apr 22 2024 18:42:00 | Truist Bank, PO Box 1847, Wilson NC 27894-1847 |

| | | | | |
|---|---|---|---|---|
| 5608761 | + | Email/Text: bankruptcy@bbandt.com | Apr 22 2024 18:42:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 5607362 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 22 2024 18:43:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5603098 | + | Email/PDF: cbp@omf.com | Apr 22 2024 18:59:30 | Webbank One Main, 100 International Drive Suite 1500, Baltimore MD 21202-4673 |
| 5603099 | + | Email/Text: cc-bankruptcy-group@robinhood.com | Apr 22 2024 18:42:00 | X1 Inc, 548 Market Street #30684, San Francisco CA 94104-5401 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Lori Ann Soroka johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lori Ann Soroka,      Chapter     13

**Debtor 1**

Case No.     5:24−bk−00631−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 23, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 30, 2024<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 22, 2024 |

ntcnfhrg (08/21)