Certificate Number: 17082-PAM-DE-038480552

Bankruptcy Case Number: 24-00631


17082-PAM-DE-038480552

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 15, 2024, at 10:41 o'clock AM MST, LORI A SOROKA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 15, 2024

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director